IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE AMERICAN INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99-721C |
| | ) | Judge Allegra |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's August 20, 2003 order, the parties file this Joint Status Report to inform the Court of the status of proceedings in this case and to suggest future proceedings.

Discovery was completed in this case on October 3, 2003. The parties believe that motions for summary judgment or partial summary judgment may be in order. Accordingly, the parties respectfully request that the Court issue a scheduling order requiring the United States to file its motion for summary judgment on or before December 22, 2003, with the filing of a response to this motion by plaintiff (including the possibility of a cross-motion for partial summary judgement) and a reply thereto to be due as dictated by Rule 7.1(c) of the Rules of the United States Court of Federal Claims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Paul T. Devlieger
PAUL T. DEVLIEGER
Harry R. Blackburn & Associates, P.C.
1610 Spruce Street
Philadelphia, PA 19103
(215) 985-0123 ext 103
(215) 985-0124 (fax)

Attorney for Plaintiff

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-7586
(202) 514-7969 (fax)
Attorneys for Defendant

OF COUNSEL:
J. MACKEY IVES
Department of the Army
Arlington, VA

October 10, 2003