# In the United States Court of Federal Claims

No. 99-721C

(Filed: October 21, 2003)

THE AMERICAN INSURANCE COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 10, 2003, the parties filed a joint status report in this case. In accordance with the views expressed therein, the case shall proceed as follows:

1. On or before December 22, 2003, defendant shall file its motion for summary judgment.

2. Plaintiff's response (including any cross-motion for summary judgment), and defendant's reply thereto, shall be filed in accordance with the timing indicated in RCFC 7.1(c).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge