# EXHIBIT 4

Cashin Associates, P.C.

Engineers and Architects

Hauppauge, NY • Woodcliff Lake, NJ • Miami, FL

March 24, 1999

VIA TELEFAX AND US MAIL

Major John Simms, Contracting Officer
Department of the Army & Air Force
National Guard Bureau
Office of the US Property & Fiscal Officer, NJ
131 Eggert Crossing Road
Lawrenceville, NJ 08648-2805

| | | |
|---|---|---|
| Re: | Principal: | G&C Enterprises, Inc. |
| | Obligee: | US Property and Fiscal Office |
| | Project: | Construct Aircraft Parking Apron & Jet Fuel Storage |
| | Bond No.: | SC 111 2710 1274 |
| | Claim No.: | [redacted] |
| | CA No.: | 6160.1 |
| | Contract No.: | DAHA28-94-C-0002 |
| | Subject: | Overpayment |

Dear Major Simms:

In accordance with your discussion with David Berry, enclosed is Cashin Associates, P.C.'s ("CA") analysis regarding the Government's overpayment to G&C Enterprises, Inc. on the above-referenced project. CA's spreadsheet was prepared in early January 1998. However, the information was compiled in April 1997, prior to recommencement of the work by the Surety's completing subcontractor.

If you should have any questions regarding CA's analysis, please advise.

Very truly yours,

CASHIN ASSOCIATES, P.C.

John C. Stos

Enclosure

cc: David S. Berry, Esq., Fireman's Fund Insurance Company

CHICAGO DISTRICT
APR 22 1999
SURETY CLAIMS

Prepared by Cashin Associates, P.C.

**G&C Enterprises, Inc.**
**Analysis of Obligee Overpayment**
**Of Work Performed by G&C for**
**The American Insurance Company**
**On Construct Aircraft Parking Apron and Jet Fuel Storage**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DATE OF FIRST OVERPAYMENT | FIRST OVERPAYMENT REQ. NO. | ITEM DESCRIPTION | SHCEDULED AMOUNT ($) | PERCENTAGE PAID (%) | AMOUNT PAID ($) | PERCENT COMPLETE (%) | AMOUNT COMPLETE ($) | AMOUNT OF OVERPAYMENT ($) |
| 1 | 9/25/95 | 21 | Bond, Mobilize & General Conditions | $498,259 | 99.79% | $497,221 | 95.00% | $473,348 | $23,875 |
| 2 | N/A | N/A | Demolition | $508,639 | 100.00% | $508,639 | 100.00% | $508,639 | $0 |
| 3 | N/A | N/A | Concrete Paving | $1,743,906 | 100.00% | $1,743,906 | 100.00% | $1,743,906 | $0 |
| 4 | 3-Jul-96 | 40 | Asphalt Paving & Markings | $134,945 | 74.62% | $100,690 | 60.00% | $80,967 | $19,723 |
| 5 | N/A | N/A | Water, Sewer & Storm Drainage | $581,302 | 99.82% | $580,264 | 99.82% | $580,264 | $0 |
| 6 | 25-Sep-95 | 21 | Earthwork & Sitework | $1,598,580 | 99.48% | $1,590,276 | 69.00% | $1,103,020 | $487,256 |
| 7 | 3-Jul-95 | 18 | Concrete for Buildings and Structures | $321,792 | 98.06% | $315,564 | 80.00% | $257,434 | $58,130 |
| 8 | N/A | N/A | Masonry | $124,565 | 100.00% | $124,565 | 100.00% | $124,565 | $0 |
| 9 | N/A | N/A | Joints, Decks & Misc. Metals | $83,043 | 100.00% | $83,043 | 100.00% | $83,043 | $0 |
| 10 | N/A | N/A | Carpentry, Doors, Hardware & Windows | $51,902 | 92.00% | $47,750 | 92.00% | $47,750 | $0 |
| 11 | N/A | N/A | Finishes | $83,043 | 92.50% | $76,815 | 92.50% | $76,815 | $0 |
| 12 | 5-Jun-95 | 17 | Metal Building | $10,380 | 100.00% | $10,380 | 0.00% | $0 | $10,380 |
| 13 | 13-Feb-95 | 13 | Storage Tanks | $530,438 | 100.00% | $530,438 | 81.00% | $437,222 | $93,216 |
| 14 | 26-Feb-96 | 30 | Mechanical | $3,020,693 | 99.48% | $3,005,123 | 97.00% | $2,930,072 | $75,051 |
| 15 | 31-Aug-96 | 42 | Electrical | $1,079,561 | 97.98% | $1,057,762 | 93.00% | $1,003,992 | $53,770 |
| TOTALS | | | | $10,371,048 | 96.92% | $10,272,436 | 83.95% | $9,451,034 | $821,401 |

bcc: James M. Cashin