# EXHIBIT 5

==========

Fireman's Fund

THE AMERICAN INS CO
General Form Status Inquiry
Our Bond No SC 11127101274
06 14 1996

US PROPERTY & FISCAL, NJ
131 EGGERT CROSSING ROAD
LAWRENCEVILLE , NJ 08648

Description: CONSTRUCT AIRCRAFT PARKING APRON & JET FUEL STG-MC GUIRE AFB
CONTRACT #DAHA28-94-C-0002

Noted @ 7/2/96
- Send Orig to Jim Black, H.O.
- Send copy to Don Thompson, H.O.
- Give Mark a copy.

Contractor: G & C ENTERPRISES, INC.

Contract Price 10,380,390 Perf Amt 10,380,390 Eff Date 02 15 1994

Without prejudicing your rights or affecting our liability under our bond, we would appreciate such of the following information as is now available.

1. If contract uncompleted, please state:
   Approximate percentage or dollar amount of contract completed or delivered 98%.

2. If not accepted, is work progressing satisfactorily? Yes _ No X
   If no, please explain in 4. below.

3. Do you know of any unpaid bills for labor or material? Yes X No _
   If yes, please explain in 4. below.

4. Remarks: 2. Inadequate work force to perform remainder of contract. Very little (minimal) work completed each week. (< .5% per week per)
   3. Numerous calls/complaints/letters from subcontractors and suppliers indicating non payment for supplies and services.

5. If contract completed, please state:
   Approximate completion date of work or final delivery date __ __ ___
   Approximate acceptance date __ __ ___
   Final Contract Price ___________

Date 6/24/96 Signature Nicole M. Klco

Title Contract Specialist

Please return the original to: Attention: WILLIAMS, CHUCK

RECEIVED JUN 2 6 1996

SUR
FIREMANS FUND INS CO JUL 2 2 1996
CURTIS CTR-INDEP.SQ WEST
PHILADELPHIA PA 19106
ATTN: CHUCK WILLIAMS

S00118 6-98 PHILA. SURETY CENTER

CCHO