# EXHIBIT 6

==========

Fireman's Fund

THE AMERICAN INS CO
General Form Status Inquiry
Our Bond No SCR 11127101274
03 14 1997

US PROPERTY & FISCAL, NJ
131 EGGERT CROSSING ROAD
LAWRENCEVILLE , NJ 08648

Noted © 4/28/97

Description: CONSTRUCT AIRCRAFT PARKING APRON & JET FUEL STG-MC GUIRE AFB
CONTRACT #DAHA28-94-C-0002

Send copy to
– Dave Berry, Chicago Claims
– Jim Black, H.O. Surety
© 4/28/97

Contractor: G & C ENTERPRISES, INC.

Contract Price 10,380,390 Perf Amt 10,380,390 Eff Date 02 15 1994

Without prejudicing your rights or affecting our liability under our bond, we would appreciate such of the following information as is now available.

1. If contract uncompleted, please state:
   Approximate percentage or dollar amount of contract completed or delivered 96%.

2. If not accepted, is work progressing satisfactorily? Yes _ No X
   If no, please explain in 4. below.

3. Do you know of any unpaid bills for labor or material? Yes X No _
   If yes, please explain in 4. below.

4. Remarks: 2. Insufficient manpower on site to complete remainder of contract within time frame required. 3. Numerous letters and phone calls from subcontractors and suppliers indicating nonpayment.

5. If contract completed, please state:
   Approximate completion date of work or final delivery date __ __ ___
   Approximate acceptance date __ __ ___
   Final Contract Price ___________

Date 11 Apr 97 Signature [signature]

Title Contract Specialist

CHICAGO DISTRICT
MAY 05 1997
SURETY CLAIMS

Please return the original to: Attention: WILLIAMS, CHUCK

APR 28 1997
PHILA. SURETY CENTER

FIREMANS FUND INS CO
CURTIS CTR-INDEP.SQ WEST
PHILADELPHIA PA 19106
ATTN: CHUCK WILLIAMS

S00118 6-88