# EXHIBIT 7

December 31, 1997

VIA TELEFAX AND US MAIL

DAVID S. BERRY
JAN 02 1998
CHGO SURETY CLAIMS

Captain Greg Bennett, Esq.
Department of the Army & Air Force
National Guard Bureau
Office of the US Property & Fiscal Officer, NJ
131 Eggert Crossing Road
Lawrenceville, NJ 08648-2805

| | | |
|---|---|---|
| Re: | Principal: | G&C Enterprises, Inc. |
| | Obligee: | US Property and Fiscal Office |
| | Project: | Construct Aircraft Parking Apron & Jet Fuel Storage |
| | Bond No.: | SC 111 2710 1274 |
| | Claim No.: | H-451-S-96-703202 |
| | CA No.: | 6160.1 |
| | Contract No.: | DAHA28-94-C-0002 |

Dear Captain Bennett:

Cashin Associates, P.C. ("Cashin") has been retained by the Surety, the American Insurance Company ("AIC"), to assist G&C Enterprises, Inc. ("G&C") with completion of the above-captioned project.

During various meetings with the Government, AIC and Cashin have stated that we believed that the Government overpaid G&C on this project. Cashin's estimate of the Government's overpayment is $821,401. This overpayment has significantly increased AIC's loss exposure with regard to project work performance. Effectively, AIC has incurred the costs directly attributable to the Government's overpayment (i.e., the performance loss on this project would have been $821,401 less than that actually incurred if the "overpaid" funds had been available). On several occasions, the Government has acknowledged this overpayment. The Government has stated that it believed that it overpaid G&C by $700,000.

Cashin has performed an analysis of the overpayment and prepared a spreadsheet reflecting same. Enclosed for your review, is our spreadsheet.

Cashin's analysis is based on project status as of April 22, 1997. G&C's last paid requisition (i.e., prior to the completing subcontractor commencing work), no. 47, was for work performed through December 15, 1996. Our analysis evaluates each line item as reflected on the Government-approved, bid-line-item breakdown in terms of quantities approved by the Government versus the quantities actually in place. For example: on line item no. 4 (column 1), "Asphalt Paving & Markings", the percentage complete (column 8) as of April 22, 1997 was 60% of the scheduled value (column 5)

Captain Greg Bennett, Esq
December 31, 1997
Page 2

of $134,945. This translates to an amount of $80,986 for work completed (column 9) on this line item. The percentage paid by the Government (column 6), at that time, was 74.62%, reflecting total payments for this item (column 7) in the amount of $100,690. Our analysis indicates that Government overpayment for this line item began *circa* July 1996 as reflected in requisition no. 40.

Cashin has been advised by representatives of G&C and the Government that, the overpayment situation developed based on the need to maintain cash flow on this project. Specifically, G&C had commenced and in some cases completed work on a series of change orders, at the Government's request, prior to the issuance of a formal modification related to the extra work. Without the official modification, G&C was unable to bill the Government for the extra work. This extra work was significant and the Government, recognizing that it was unjustly delaying the processing of the modifications, instructed and allowed G&C to "overbill" on the existing line items.

It is clear that this procedure was sanctioned by the Government as evidenced by, for example, the earthwork item. The Government paid G&C a total of 99.48% of this item when clearly, the item was no more than 69% complete.

Cashin has been advised by counsel that the Government has the obligation to "protect" the contract funds such that the funds are paid based on a reasonable interpretation of the percentages of work completed. It is clear in this case that the amount of funds paid by the Government to G&C is inappropriate based on the work completed by G&C. It is the surety's position that the Government is liable to the surety for the amount of this overpayment. Please provide the Government's position regarding this matter.

This action is taken at this time without waiver of or prejudice to any and all rights and defenses available to AIC and G&C.

If you should have any questions or require additional information, please advise.

Very truly yours,
CASHIN ASSOCIATES, P.C.

John C. Stos

Enclosure

cc: David S. Berry, Esq., Fireman's Fund Insurance Company (via fax)
Richard W. Schwartzman, Esq., Ober, Kaler, Grimes & Shriver (via fax)
Captain John Simms, Contracting Officer (via fax)

Prepared by Cashin Associates, P.C.

**G&C Enterprises, Inc.**
**Analysis of Obligee Overpayment**
**Of Work Performed by G&C for**
**The American Insurance Company**
**On Construct Aircraft Parking Apron and Jet Fuel Storage**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DATE OF FIRST OVERPAYMENT | FIRST OVERPAYMENT REQ. NO. | ITEM DESCRIPTION | SHCEDULED AMOUNT ($) | PERCENTAGE PAID (%) | AMOUNT PAID ($) | PERCENT COMPLETE (%) | AMOUNT COMPLETE ($) | AMOUNT OF OVERPAYMENT ($) |
| 1 | 9/25/95 | 21 | Bond, Mobilize & General Conditions | $498,259 | 99.79% | $497,221 | 95.00% | $473,346 | $23,875 |
| 2 | N/A | N/A | Demolition | $508,639 | 100.00% | $508,639 | 100.00% | $508,639 | $0 |
| 3 | N/A | N/A | Concrete Paving | $1,743,906 | 100.00% | $1,743,906 | 100.00% | $1,743,906 | $0 |
| 4 | 3-Jul-96 | 40 | Asphalt Paving & Markings | $134,945 | 74.62% | $100,690 | 60.00% | $80,967 | $19,723 |
| 5 | N/A | N/A | Water, Sewer & Storm Drainage | $581,302 | 99.82% | $580,264 | 99.82% | $580,264 | $0 |
| 6 | 25-Sep-95 | 21 | Earthwork & Sitework | $1,598,580 | 99.48% | $1,590,276 | 69.00% | $1,103,020 | $487,256 |
| 7 | 3-Jul-95 | 18 | Concrete for Buildings and Structures | $321,792 | 98.06% | $315,564 | 80.00% | $257,434 | $58,130 |
| 8 | N/A | N/A | Masonry | $124,565 | 100.00% | $124,565 | 100.00% | $124,565 | $0 |
| 9 | N/A | N/A | Joints, Decks & Misc. Metals | $83,043 | 100.00% | $83,043 | 100.00% | $83,043 | $0 |
| 10 | N/A | N/A | Carpentry, Doors, Hardware & Windows | $51,902 | 92.00% | $47,750 | 92.00% | $47,750 | $0 |
| 11 | N/A | N/A | Finishes | $83,043 | 92.50% | $76,815 | 92.50% | $76,815 | $0 |
| 12 | 5-Jun-95 | 17 | Metal Building | $10,380 | 100.00% | $10,380 | 0.00% | $0 | $10,380 |
| 13 | 13-Feb-95 | 13 | Storage Tanks | $530,438 | 100.00% | $530,438 | 81.00% | $437,222 | $93,216 |
| 14 | 26-Feb-96 | 30 | Mechanical | $3,020,693 | 99.48% | $3,005,123 | 97.00% | $2,930,072 | $75,051 |
| 15 | 31-Aug-96 | 42 | Electrical | $1,079,561 | 97.98% | $1,057,762 | 93.00% | $1,003,992 | $53,770 |
| TOTALS | | | | **$10,371,048** | **96.92%** | **$10,272,436** | **83.95%** | **$9,451,034** | **$821,401** |