Subcontract Performance Bond Form A.
Recommended for use where the General Contractor has filed Performance and Labor and Material Payment Bonds approved by the American Institute of Architects. AIA Form No. — Document No. A-311.
Revised to Dec. 1, 1960.

# SUBCONTRACT PERFORMANCE BOND FORM A

THE HARTFORD

**Know All Men By These Presents:**

That C & T ASSOCIATES, INC., 1000 Hagey Road, Souderton, PA 18964,

as Principal, hereinafter called Principal, and the HARTFORD CASUALTY INSURANCE COMPANY,

a corporation organized and existing under the laws of the State of Indiana, with its principal office in the City of Hartford, CT, as Surety, hereinafter called Surety, are held and firmly bound unto FIREMAN'S FUND INSURANCE COMPANY,

as Obligee, hereinafter called Obligee, in the amount of TWO MILLION SEVEN HUNDRED FORTY THOUSAND AND NO/100------------------------------------------------------Dollars ($ 2,740,000.00---------), for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**Whereas,** Principal has by written agreement dated July 30, 1997 entered into a ~~subcontract~~ completion agreement with Obligee for Aircraft Parking Apron and Jet Fuel Storage Facility at McGuire Air Force Base, New Jersey

~~in accordance with drawings and specifications prepared by~~

which ~~subcontract~~ agreement is by reference made a part hereof, and is hereinafter referred to as the "subcontract."

**Now, Therefore, the Condition of this Obligation** is such that, if Principal shall promptly and faithfully perform said subcontract, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

Whenever Principal shall be, and be declared by Obligee to be in default under the subcontract, the Obligee having performed Obligee's obligations thereunder:

(1) Surety may promptly remedy the default subject to the provisions of paragraph 3 herein, or;
(2) Obligee after reasonable notice to Surety may, or Surety upon demand of Obligee may arrange for the performance of Principal's obligation under the subcontract subject to the provisions of paragraph 3 herein;
(3) The balance of the subcontract price, as defined below, shall be credited against the reasonable cost of completing performance of the subcontract. If completed by the Obligee, and the reasonable cost exceeds the balance of the subcontract price, the Surety shall pay to the Obligee such excess, but in no event shall the aggregate liability of the Surety exceed the amount of this bond. If the Surety arranges completion or remedies the default, that portion of the balance of the subcontract price as may be required to complete the subcontract or remedy the default and to reimburse the Surety for its outlays shall be paid to the Surety at the times and in the manner as said sums would have been payable to Principal had there been no default under the subcontract. The term "balance of the subcontract price," as used in this paragraph, shall mean the total amount payable by Obligee to Principal under the subcontract and any amendments thereto, less the amounts heretofore properly paid by Obligee under the subcontract.

Any suit under this bond must be instituted before the expiration of two years from date on which final payment under the subcontract falls due.

No right of action shall accrue on this bond to or for the use of any person or corporation other than the Obligee named herein or the heirs, executors, administrators or successors of the Obligee.

Signed and sealed this 31st day of July A.D., 1997

| | |
|---|---|
| ~~WITNESS AS TO PRINCIPAL~~ | C & T ASSOCIATES, INC. By: STEVEN P. SHERRY PRESIDENT (Seal) |
| Attest PATRICK G. LINCAVAGE SECRETARY | (Seal) |
| | Surety HARTFORD CASUALTY INSURANCE COMPANY |
| ~~Attest~~ Witness | By: (Seal) Attorney-in-Fact |

Form S-3526-1 (Page 1) Printed in U.S.A.

Sally A. Shaw, Attorney-in-fact

BOND NO. SUN361578

Subcontract Labor and Material Payment Bond.
To be issued simultaneously with another bond in favor of the General Contractor conditioned for the full and faithful performance of the contract. A.I.A. Form — Document No A-311.
Revised to Dec. 1, 1960

THE HARTFORD

# SUBCONTRACT LABOR AND MATERIAL PAYMENT BOND

**Know All Men By These Presents:**
That C & T ASSOCIATES, INC., 1000 Hagey Road, Souderton, PA 18964,

as Principal, hereinafter called Principal, and the HARTFORD CASUALTY INSURANCE COMPANY,

a corporation organized and existing under the laws of the State of Indiana, with its principal office in the City of Hartford, CT, as Surety, hereinafter called Surety, are held and firmly bound unto FIREMAN'S FUND INSURANCE COMPANY,

as Obligee, hereinafter called Obligee, for the use and benefit of claimants as hereinbelow defined, in the amount of TWO MILLION SEVEN HUNDRED FORTY THOUSAND AND NO/100------------------------------------------------------------------------------------------------- Dollars ($ 2,740,000.00---------), for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**Whereas,** Principal has by written agreement dated July 30, 1997 entered into a ~~subcontract~~ completion agreement with Obligee for Aircraft Parking Apron and Jet Fuel Storage Facility, McGuire Air Force Base, New Jersey

~~in accordance with drawings and specifications prepared by~~

which ~~subcontract~~ agreement is by reference made a part hereof, and is hereinafter referred to as the "subcontract."

**Now, Therefore, the Condition of this Obligation** is such that if the Principal shall promptly make payment to all claimants as hereinafter defined, for all labor and material used or reasonably required for use in the performance of the subcontract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

(1) A claimant is defined as one having a direct contract with the Principal for labor, material or both, used or reasonably required for use in the performance of the contract, labor and material being construed to include that part of water, gas, power, light, heat, oil, gasoline, telephone service or rental of equipment directly applicable to the subcontract.

(2) The above-named Principal and Surety hereby jointly and severally agree with the Obligee that every claimant as herein defined, who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such claimant's work or labor was done or performed, or materials were furnished by such claimant, may sue on this bond for the use of such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due claimant, and have execution thereon. The Obligee shall not be liable for the payment of any costs or expenses of any such suit.

(3) No suit or action shall be commenced hereunder by any claimant,
   (a) After the expiration of one (1) year following the date on which Principal ceased work on said subcontract, it being understood, however, that if any limitation embodied in this bond is prohibited by any law controlling the construction hereof, such limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.
   (b) Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof, is situated, or in the United States District Court for the district in which the project, or any part thereof, is situated, and not elsewhere.

(4) The amount of this bond shall be reduced by and to the extent of any payment or payments made in good faith hereunder.

Signed and sealed this 31st day of July A.D., 1997

| | |
|---|---|
| ~~Witness or Attest~~ | C & T ASSOCIATES, INC. By: [signature] STEVEN P. SHERRY PRESIDENT (Seal) |
| Attest [signature] PATRICK G. LINCAVAGE SECRETARY | (Seal) |
| | Surety HARTFORD CASUALTY INSURANCE COMPANY |
| ~~Attest~~ Witness [signature] | By [signature] Sally A. Shaw, Attorney-in-fact Attorney-in-Fact (Seal) |

**HARTFORD CASUALTY INSURANCE COMPANY**
**EXECUTIVE OFFICE: Hartford, Connecticut**

## POWER OF ATTORNEY

**Know all men by these Presents**, That the HARTFORD CASUALTY INSURANCE COMPANY, a corporation duly organized under the laws of the State of Indiana, and having its Executive Office in the City of Hartford, County of Hartford, State of Connecticut, does hereby make, constitute and appoint

*HARRY C. ROSENBERG, JOHN R. MANNERING, SALLY A. SHAW,*
*KATHLEEN M. BERKELBACK, DAVID C. ROSENBERG, KATHRYN G. SCHNEIDER,*
*TERESA R. DEL BONIFRO, MATTHEW J. ROSENBERG and JANE L. COLE*
*of PHILADELPHIA, PENNSYLVANIA*

its true and lawful Attorney(s)-in-Fact, with full power and authority to each of said Attorney(s)-in-Fact, in their separate capacity if more than one is named above, to sign, execute and acknowledge any and all bonds and undertakings and other writings obligatory in the nature thereof on behalf of the Company in its business of guaranteeing the fidelity of persons holding places of public or private trust; guaranteeing the performance of contracts other than insurance policies; guaranteeing the performance of insurance contracts where surety bonds are accepted by states and municipalities, and executing or guaranteeing bonds and undertakings required or permitted in all actions or proceedings or by law allowed, and to bind THE HARTFORD CASUALTY INSURANCE COMPANY thereby as fully and to the same extent as if such bonds and undertakings and other writings obligatory in the nature thereof were signed by an Executive Officer of the HARTFORD CASUALTY INSURANCE COMPANY and sealed and attested by one other of such Officers, and hereby ratifies and confirms all that its said Attorney(s)-in-Fact may do in pursuance hereof.

This power of attorney is granted under and by authority of the following Resolutions adopted by the Board of Directors of the HARTFORD CASUALTY INSURANCE COMPANY at a meeting duly called and held on the 15th day of June, 1988.

RESOLVED, that , the President or any Vice-President, acting with any Secretary or Assistant Secretary, shall have power and authority to appoint, for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, one or more Resident Vice-Presidents, Resident Assistant Secretaries and Attorneys-in-fact and at any time to remove any such Resident Vice-President, Resident Assistant-Secretary, or Attorney-in-Fact, and revoke the power and authority given to him.

Attorneys-in-Fact shall have power and authority, subject to the terms and limitations of the power of attorney issued to them, to execute and deliver on behalf of the Company and to attach the seal of the Company thereto any and all bonds and undertakings, and other writings obligatory in the nature thereof, and any such instrument executed by any such Attorney-in-Fact shall be as binding upon the Company as if signed by an Executive Officer and sealed and attested by one other of such Officers.

RESOLVED, that, whereas the President or any Vice-President, acting with any Secretary or Assistant Secretary, has the power and authority to appoint by a power of attorney, for purposes only of executing and attesting bonds and undertakings, and other writings obligatory in the nature thereof, one or more Reisdent Vice-Presidents, Assistant Secretaries and Attorneys-in-Fact.

Now therefore, the signatures of such Officers and the seal of the Company may be affixed to any such power of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.

**In Witness Whereof**, the HARTFORD CASUALTY INSURANCE COMPANY has caused these presents to be signed by its Vice-President, and its corporate seal to be hereto affixed, duly attested by its Secretary, this 1st day of May, 1995.

**Attest:** **HARTFORD CASUALTY INSURANCE COMPANY**

Richard R. Hermanson,
*Secretary*

Paul L. Marabella
*Vice-President*

STATE OF CONNECTICUT }
COUNTY OF HARTFORD } ss.

On this 1st day of May, A.D. 1995, before me personally came Paul L. Marabella, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Vice-President of the HARTFORD CASUALTY INSURANCE COMPANY, the corporation described in and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

STATE OF CONNECTICUT }
COUNTY OF HARTFORD } ss.

Jean H. Wozniak
*Notary Public*
My Commission Expires June 30, 1999

### CERTIFICATE

I, the undersigned, Secretary of the HARTFORD CASUALTY INSURANCE COMPANY, an Indiana Corporation, DO HEREBY CERTIFY that the foregoing and attached POWER OF ATTORNEY remains in full force and has not been revoked; and furthermore, that the Resolutions of the Board of Directors, set forth in the Power of Attorney, are now in force.

Signed and sealed at the City of Hartford. Dated the 31st day of July 1997

Robert L. Post
*Secretary*

# SURETY DISCLOSURE STATEMENT AND CERTIFICATION

pursuant to N.J.S. 2A:44-143

(for use when surety(ies) have a certificate from U.S. Secretary of the Treasury in accordance with 31 U.S.C. Sec.9305)

Hartford Casualty Insurance Company

surety(ies) on the attached bond, hereby certifies(y) the following:

(1) The surety(ies) meets the applicable capital and surplus requirements of R.S.17:17-6 or R.S.17:17-7 as of the surety's most current annual filing with the New Jersey Department of Insurance.

(2) The capital and surplus, as determined in accordance with the applicable laws of this State, of the surety(ies) participating in the issuance of the attached bond is (are) in the following amounts as of the calendar year ended December 31, 1996, which amounts are set forth in a consolidated annual statement on file with the New Jersey Department of Insurance and certified by Arthur Andersen, LLP, One Financial Plaza, Hartford, CT:

| Surety Company | Capital | Surplus |
|---|---|---|
| Hartford Casualty Insurance Company | 4,800,000 | $ 253,495,564 |

(3) With respect to each surety participating in the issuance of the attached bond that has received from the United States Secretary of the Treasury a certificate of authority pursuant to 31 U.S.C. Sec.9305, the underwriting limitation established therein and the date as of which that limitation was effective is as follows:

| | | |
|---|---|---|
| Hartford Casualty Insurance Company | $ 25,830,000 | July 1, 1997 |

(4) The amount of the bond to which the Statement and Certification is attached is $ 2,740,000.00 .
(fill in bond amount)

## CERTIFICATE

I, Thomas A. Joyce, as Assistant Secretary for Hartford Casualty Insurance Company , a corporation domiciled in Indiana, DO HEREBY CERTIFY that, to the best of my knowledge, the foregoing statements made by me are true, and ACKNOWLEDGE that, if any of those statements made by me are false, this bond is VOIDABLE.

Thomas A. Joyce

Thomas A. Joyce

Assistant Secretary

DATED: July 31, 1997
(insert current date)

# Hartford Casualty Insurance Company

## Indianapolis, Indiana

## *Financial Statement, June 30, 1996*

**(Statutory Basis)**

| ASSETS | | |
|---|---|---|
| U.S. Government Bonds | $ | 885,595 |
| Bonds of other Governments | | 0 |
| State, County, Municipal and Miscellaneous Bonds | | 878,715,840 |
| Stocks | | 37,217 |
| Short-term Investments | | 5,307,236 |
| | $ | 884,945,888 |
| Real Estate | $ | 0 |
| Cash | | 1,395 |
| Agents' Balances (Under 90 Days) | | 0 |
| Other Invested Assets | | 108,479 |
| Miscellaneous | | 32,904,871 |
| **Total Admitted Assets** | $ | 917,960,633 |

| LIABILITIES | | | |
|---|---|---|---|
| Reserve for Claims and Claims Expense | | $ | 499,154,329 |
| Reserve for Unearned Premiums | | | 121,821,935 |
| Reserve for Taxes, Licenses and Fees | | | 8,589,986 |
| Miscellaneous Liabilities | | | 15,699,437 |
| **Total Liabilities** | | $ | 645,265,687 |
| Capital Paid In | $ 4,800,000 | | |
| Surplus | 267,894,946 | | |
| Surplus as regards Policyholders | | $ | 272,694,946 |
| **Total Liabilities, Capital and Surplus** | | $ | 917,960,633 |

STATE OF CONNECTICUT
COUNTY OF HARTFORD } ss.
CITY OF HARTFORD

Ramani Ayer, President of the Hartford Casualty Insurance Company, being duly sworn, does hereby certify that the foregoing is a correct statement of the assets and liabilities of the said Company as of June 30, 1996 and in witness whereof said President has hereunto signed and caused the corporate seal to be affixed hereto.

Acknowledged and sworn to before me
this 18th day of October, 1996

Jean H. Wozniak
*Notary Public*
*My commission expires June 30, 1999*

Attest:

Ramani Ayer, *President & COO*

*Senior Vice President and Group Controller*

**Form CS-19-30 H C** Printed in U.S.A

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY) 07/31/1997

**PRODUCER** (610)964-9250 FAX (610)964-0548
McCrea & Gallen, Inc.
985 Old Eagle School Road
P.O. Box 311
Wayne, PA 19087
Attn: Ext:

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED**
C & T Associates, Inc.
1000 Hagey Road
Souderton, PA 18964

**COMPANIES AFFORDING COVERAGE**

COMPANY A The Maryland Group
COMPANY B
COMPANY C
COMPANY D

Exhibit "B"

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE X OCCUR<br>OWNER'S & CONTRACTOR'S PROT<br>X XCU Included | EPA29087708 | 07/01/1997 | 07/01/1998 | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ 300,000 |
| | | | | | MED EXP (Any one person) | $ 10,000 |
| A | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | ECA29087807 | 07/01/1997 | 07/01/1998 | COMBINED SINGLE LIMIT | $ 1,000,000 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE | $ |
| | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| A | EXCESS LIABILITY<br>X UMBRELLA FORM<br>OTHER THAN UMBRELLA FORM | UBA86249837 | 07/01/1997 | 07/01/1998 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: X INCL / EXCL | TC8-91864307 | 07/01/1997 | 07/01/1998 | X WC STATUTORY LIMITS / OTHER | |
| | | | | | EL EACH ACCIDENT | $ 100,000 |
| | | | | | EL DISEASE - POLICY LIMIT | $ 500,000 |
| | | | | | EL DISEASE - EA EMPLOYEE | $ 100,000 |
| | OTHER | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
The American Insurance Company, G&C Enterprises, Inc. and Cashin Associates, P.C. are included as Additional Insured w/re General Liability coverage arising out of Named Insured's operations re: Contract #DAHA28-94-C-0002.

## CERTIFICATE HOLDER

Fireman's Fund Insurance Company
777 San Marin Drive
Navato, CA 94998-2000

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

ACORD 25-S (1/95)

©ACORD CORPORATION 1988

C&T Associates, Inc.

# Exhibit "A"

McGuire AFB, New Jersey
Jet Fuel Apron and Storage Facility
Project CA #6160
Summary Scope Document

The following is a description of the C&T scope of work:

1. " Earthwork for roadways, excavation"
   Utilization of Subcontractor Stan Horner Jr., Inc. to perform all cut and fill necessary to rough grade the roads, swales, and detention basin including the appropriate sedimentation and erosion controls. Compaction testing of the soils by an independent laboratory is included.

2. "Layout"
   Layout as necessary to complete project.

3. "Remove excess excavation from the site"
   Loading and off-site disposal of earth generated under item 1 by the sitework contractor. Hauling and disposal of contaminated soil is not anticipated or included.

4. "Dewatering"
   Surface groundwater handling as required during performance of sitework.

5. "Ditch Excavation"
   Cuts and fills for the channels, swales and ditches at the fuel storage facility and the detention basin.

6. "Grade Detention Basin"
   Fine grading of detention basin suitable for hydroseed.

7. "Sub-base Course 13 ½"
   Furnish and install sub-base, compacted, and ready for paving base course installation. Material costs are included.

8. "Fine grade"
   Fine Grade and compact areas to be paved.

9. "Graded Crushed Aggregate Base Course"
   Furnish, install and compact paving base course. Material costs are included.

10. "Concrete Sidewalks "
    Grade, form, pour, and finish balance of sidewalk. Material costs are included.

11. "Asphalt Gutters"
    Prepare and pave swales. Material costs are included.

12. "Asphaltic Bituminous Pavement 2½"
    Utilization of Monmouth Ocean Construction to pave balance of roadways. Material costs are included.

13. "Bituminous Prime Coat"
    Paving prime coat as specified. Material costs are included.

14. "Pavement Markings at Road"
    Install balance of pavement markings, excluding those already installed on apron. Material costs are included.

15. "Signage"
    Installation of all roadway, building and interior signs. Pricing assumes materials are on-site and furnished by others.

16. "Chain Link Fence and Gates"
    Utilization of subcontractor Harris Fence to complete fence scope of work. Material costs are included.

17. "Haul, Place and Grade Topsoil"
    Transporting and placement of topsoil from site stockpiles.

18. "Fertilize, Seed and Mulch"
    Hydroseed and mow designated areas as required until project completion. Material costs are included.

19. "Rip-Rap"
    Installation of rip rap, geotextile, and stone lined ditches. Material costs are included.

20. "Stockpile Disposal"
    Loading and off-site disposal of existing stockpiled earth, asphalt, and concrete. Hauling and disposal of contaminated materials is not anticipated or included.

21. "Apron - Install Aluminum removable trash racks at CW-23 & OW-23"
    Install the trash racks including miscellaneous bolts and sealants. Pricing assumes racks are on-site and furnished by others.

22. "Install Orifice Plate at CW-24"
    Install the orifice plate and miscellaneous hardware. Pricing assumes orifice plate is on-site and furnished by others.

23. "Provide Epoxy Waterproofing Seal Coat around CW-24 and OW-23"
Scope includes excavation, dewatering, waterproof coating, curing, compacted backfill and restoration at each of the two structures referenced above. Material costs are included.

24. "Make Shear Gates Operational at MH-25"
Minor adjustment of gates, along with installation and painting of lift handles. Pricing assumes lift handles are on-site and furnished by others.

25. "New Drainage Gate - MH-27"
Installation of drainage gate, assumed to be on-site and furnished by others.

26. "Drainage Exfiltration Test: CB-22 to MH-29, CB-8 to OW-23, CB-15 to CB-16, and CB-4 to CB-5, Test, Fix Joints, and Retest"
We will perform the exfiltration test in these lines and do minor repair to suspected areas with epoxy grout. Material costs are included.

27. "Seal Leak at Drainage MH (east side of apron)"
Test, patch, and retest suspected areas of leakage. Material costs are included.

28. "Manhole Frame and Grate"
Installation of manhole frame and cover, assumed to be on-site and furnished by others.

29. "Connection to Existing Interstate Pipeline"
Price includes all labor and equipment to tap into the existing 6" Ø jet fuel line. The valve chamber, valve and double wall containment pipe are assumed to be on-site. This item involves the hiring of a specialty subcontractor to perform the tap into the existing interstate pipeline.

30. "P-1 Pipeline - Correct Ferrule Problem for leak detection wire at North bank of creek crossing near station 31100"
Included within the price is the traffic control, excavation, dewatering, cut and reweld at the casing, adjust ferrule and leak detection wire, backfill, and restore roadway. Assumes fix is at roadway; no work in creek. Material costs are included.

31. "Drawing U-1 Frame and Cover around Fire Hydrants"
Furnish and install Neenah R-1900 Series frames and covers around fire hydrants as detailed. Material costs are included.

32. "Hydraulic Monitors - install hydraulic monitors for spray nozzles, and mount spray nozzles on wall"
The support frames exist on the dike wall, and the monitors are furnished by others and material is on-site.

33. "Hydraulic Lines for Spray Monitors"
Excavate and install 4"Ø PVC lines with ½ " stainless steel tubing lines, connect to monitors, fill with fluid and verify installation with manufacturer's representative. Material costs are included.

34. "Miscellaneous Concrete Pads"
Complete all miscellaneous concrete pads. Material costs are included.

35. "Concrete Duct Bank and Light Pole Foundations"
We have included the concrete and form work for the light pole foundations and duct bank . There are nineteen (19) light pole foundations involved and 2400 LF of remaining duct bank. Light poles assumed to be supplied by others and on-site.

36. "Repair Dike Keyways - grind out and seal"
Prepare and install new caulking in the wall keyways. Material costs are included.

37. "Flakeline Coating of Tank Basin"
Utilization of painting subcontractor to coat tank basin with Flakeline coating as specified.

38. "Modification P0005 - Install 2" water line to emergency eyewash at R-12"
Furnish and install a 2"Ø PVC water line with fittings, backfill area, complete eyewash, place concrete pad, and restore area. Material costs are included.

39. "Modification P0007- Install tie-down rods for future hydrant pit"
Complete the scope of work, utilizing materials furnished by others and delivered to site.

40. "Modification P0007 - Teflon Strips on Pipe Supports"
Install balance of teflon strips, furnished by others and delivered to site.

41. "Modification P0007 - Add protection to pull ports"
Complete modification at the remaining seven locations. Material costs are included.

42. "Wash Rack Building - Apron"
Purchase and install piping components to complete boiler system, slop sink, and water heater. Purchase 5 gallon water heater. Complete all finishes including the required materials. Install louvers that are currently stored within the building. Pricing assumes all components of the hose reels and water boilers are furnished by others and delivered to site.

43. "Wash Rack Building R-12"
Furnish and install water heater and heat tracing. Install slop sink furnished by others and delivered to site. Complete interior finishes, including all required materials.

44. "Wash Rack Reels - Apron"
Perform in-field water flow test, provide calibrated orifices, demonstrate operation of Wash rack reels, including manufacturer's representative and report.

45. "Electrical"
Utilization of electrical subcontractor for completion of electrical work. Items include site electric items, pump house, control building, operations building, Wash rack buildings, and checkout building. Also included is start-up and test support for the emergency generator, leak detection system, cathodic protection system, fire alarm system, fuel system, and oil/water separators. Refer to Cashin Associates scope sheet for detailed description, marked as "Attachment A" and enclosed for reference. Also we have included completing the leak detection and cathodic protection system for the transmission pipeline. All materials for these systems are supplied by others and are assumed to be on-site.

46. "R-11 Checkout Building and Eyewash Pad"
Correct all deficiencies of pre-fabricated building along with backfill, adjustment of eyewash shower, and concrete pad placement. Material costs are included.

47. "Operations Building"
Furnish and install vinyl flooring, cove base, carpet, laboratory door transom, water heater, marble saddles, towel disposal unit, miscellaneous access panels, and lavatory drop-in sink. Install only balance of casework, toilet room cubicles, partitions, and accessories, and signage. Repair lockers and backflow preventer leak, complete HVAC balancing, and perform building interior cleaning and polishing along with exterior washdown. Refer to Cashin Associates scope sheet for detailed description marked as attachment "A" and enclosed for reference.

48. "Pump House Building"
Building completion including paint and mechanical identification, clean-up, exterior brick washdown, grouting of equipment, completion of mechanical work, caulking of floor joints, installation of hose rack, and foam system completion and testing. Miscellaneous material costs are included, however we assume that the major components of the systems and piping within this building are furnished by others and delivered to site. Labor for the foam system is included but it is assumed that all materials for this system is supplied by others and is on-site.

49. "Fuel Storage Tanks and Dike Area"
    Sandblast and painting of tank drain pits, touch-up painting of tank interior ceilings only, tank exterior paint touch up as required, completion of pipe penetrations into pump house, and installation of metal stairs over dike wall. Material costs are included.

50. "Bay Associates Support"
    Per Bay Associates, we will supply a support crew of up to seven men, when and as required, to assist Bay Associates with the fuel system start-up and testing for a maximum of thirty days. We include air testing of fuel lines and reclaim pipe lines as required and miscellaneous materials to support start-up and testing.

51. "Apron Mechanical"
    1) Raise one Fire Hydrant
    2) Install Bollards at Fire Hydrants
    3) Test Water Flow at Fire Hydrants
    Our price includes raising one fire hydrant, material and labor for fourteen bollards at fire hydrants and testing of the fire hydrants. We include general restoration for the areas affected. Material costs for items listed above are included.

52. "Install Post Valve Indicators"
    Install post valve indicators on the underground 10"Ø DI line at the fuel storage facility. Material costs are included.

53. "Apron - Concrete Deficiencies"
    No Bid at this time due to lack of scope definition.

54. Paint outside carbon steel pipe and supports.

55. Install link seals at dike tank basin, material is on-site.

56. Provide cathodic protection to the carrier pipe of the transmission pipeline from the interstate pipeline to the pump house located at project 2, by connecting to the casing pipe that is already specified as cathodically protected. In addition, we will inject an inert gas in the annular space of the transmission line. This is in accordance with Cashin letter dated July 11, 1997. No credit for the equivalent cost of applying epoxy coating to the carrier pipe has been considered in our cost.

57. No permits or permit fees have been included in our pricing.

58. The project is exempt from New Jersey sales and use tax and none is included in our pricing.

59. No provisions for implementation or compliance with any DBE, MBE, or WBE goals or requirements have been included in our pricing.

# CASHIN ASSOCIATES, P.C.

Engineers and Architects

Hauppauge, NY - Woodcliff Lake, NJ - Miami, FL

## TELECOPY COVER LETTER

"ATTACHMENT A

DATE: June 25, 1997

TO: Carl Sparano

FIRM NAME: C & T Associates, Inc.

TELECOPY NUMBER: (215) 721-1010

FROM: Paul Jacobsen
CASHIN ASSOCIATES, P.C.

TELECOPY NUMBER: (516) 348-7601

CA PROJECT NO: 6167

NO. OF PAGES: 7 + cover

IF YOU DO NOT RECEIVE ALL OF THE PAGES
SHOWN ABOVE, PLEASE CALL

(516) 348-7600

WARNING: CONFIDENTIALITY NOTICE
This transmission is the private confidential property of the sender and is a privileged communication intended solely for the receipt, use, benefit and information of the recipient indicated above. If you are not the recipient, you are hereby notified that any dissemination, distribution, or copying of this transmission is strictly prohibited and may result in legal liability on your part. If you have received this transmission in error, please call the above telephone number immediately to arrange for the return of this transmission.

MESSAGE:
As per our meeting on June 23, 1997, please find attached completion bid sheets for the Jet Fuel Apron and Storage Facility Project for your review and use. If you have any questions, please feel free to call.

# CA No.: 6160
# Jet Fuel Apron and Storage Facility Projects

| DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Spec Div 02225** | | | | |
| Earthwork for roadways, excavation | 27,520 | CY | | |
| Layout | 1 | LS | | |
| Remove excess excavation from the site | 14,000 | CY | | |
| Dewatering | 1 | LS | | |
| Ditch excavation | 600 | CY | | |
| Grade detention basins | 34,415 | SY | | |
| **Spec Div 02232** | | | | |
| Subbase course 13 1/2" (material & labor) | 3,423 | CY | | |
| Fine grade | 9,170 | SY | | |
| **Spec Div 02233** | | | | |
| graded crushed-aggregate base course | 9,170 | SY | | |
| **Spec Div 02511** | | | | |
| concrete sidewalks 1771 sf x 4" | 1,771 | SF | | |
| asphalt gutters | 1,836 | SF | | |
| **Spec Div 02556** | | | | |
| asphaltic bituminous pavement 2 1/2" | 9,170 | SY | Monmouth Paving subcontract balance | $59,612.75 |
| **Spec Div 02559** | | | | |
| bituminous prime coat | 9,170 | SY | included with Monmouth | |
| **Spec Div 02580** | | | | |
| pavement markings at road (apron completed) | 1 | LS | | |
| signage including buildings (mat. by others) | 1 | LS | | |
| **Spec Div 02831** | | | | |
| fence, chain link 7' w/ barbed wire | 2,115 | LF | Harris Fence subcontract | |
| motorized gates L = 25' | 2 | EA. | balance | $44,170.00 |
| vehicle gates , L = 20' (including Mod P0005) | 3 | EA | included | |
| pedestrian gate, L = 4 | 1 | EA | included | |
| **Spec Div 02935** | | | | |
| provide, place and grade topsoil | 9,061 | CY | | |
| fertilize, seed, mulch | 82,555 | SY | | |
| **RIPRAP** | | | | |
| (includes stonelined ditches & geotextile below riprap) | 665 | CY | | |

# CA No.: 6160
# Jet Fuel Apron and Storage Facility Projects

| DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Spec Div 03300 | | | | |
| concrete to complete the following items: tank walls & bottom, washrack pad, browser pad, fuel pad, stepout pads, product reclaim pad, oil separator, light poles and duct bank. | 60 | CY | | |
| concrete for duct bank and light pole bases | 50 | CY | | |
| repair dike keyways - grind out & seal | 8 | EA | | |
| slow leakage CB-15 to CB-16; CB4 to CB5, fix joints, retest sections | 2 | EA | | |
| seal leak at drainage MH to be identified by gov't. (east side of apron) | 1 | LS | | |
| manhole frame & grate, include grout - material & labor | 1 | LS | | |
| add protection to pull ports: Mod P00010 10-universal manholes, etc. | 7 | EA | | |
| install add tie down rode at future hydrant pit per mod P00007 - 80% complete | 1 | LS | | |
| complete Teflon strip for fabricated pipe supports per Mod P00007 - 50% complete | 10 | EA | | |
| FLAKELINE | | | | |
| coating #232 - Tank basin incl. Freight & touchup S-1 = (55)(129) + (6)(428) - (1320)(14.5)/2 = 12,213 SF | 12,213 | SF | | |
| Step 1 - sandblast #40-60 grind surface | | | | |
| Step 2 - prime #360 (50 gal) spray - (MAT. & Labor) | | | | |
| Step 3 - #3232 (500 gal) spray - (Mat. & Labor) | | | | |
| Step 4 - 2nd coat - repeat 3 - (Mat. & Labor) | | | | |
| Dispose of large stockpile of unsuitable material stored south of apron & east of storage area | | | | |
| earthwork | 21,000 | CY | | |
| asphalt | 144 | TONS | | |
| concrete | 400 | TONS | | |
| Site work | | | | |
| Apron - install aluminum removable trash racks @ CW-29 & OW-23 (misc. material & labor) | 2 | EA | | |
| Install orifice PLATE @ CW-24 | 1 | EA | | |
| provide epoxy waterproofing seal coat around CW-24 & OW-23 (incl. excavation, dewater, exterior coating) | 2 | EA | | |
| Make shear gates operating @ MH-25 including painting of lift handles - material & labor | 1 | LS | | |
| New drainage gate a MH-27 - material & labor | 1 | EA | | |
| Drainage exfiltration test CB 22 to MH-29 (C-4) CB8 to OW-23, test, fix joints, retest | 1 | LS | | |

# CA No.: 6160
## Jet Fuel Apron and Storage Facility Projects

| DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Mechanical wash rack bldg. - apron<br>Complete piping to boilers; install louvers, slop sink & water heater; provide & install boiler components required to energize boiler; install piping to complete slop sink & wat | 1 | LS | | |
| Wash rack reels - apron<br>Perform in field water flow test; provide calibrated orifices and demonstrate gypsum capacity at each wash rack reel; allowance for special equipment, incl. technician & report | 1 | LS | | |
| Dwg U-1 Frame & Cover around fire hydrant<br>Split cover with "c" type drop handles similar to R-1900 series Nesenah foundry (6 apron; 2 storage areas)<br>material & labor | 8 | EA | | |
| Mod P00005 Install 2" water line to emergency eye wash at R-12 check out pad; install eye wash - material & labor | 1 | EA | | |
| Dwg. U-1: Hydraulic Monitors (material on site) | | | | |
| install hydraulic monitors (2) for spray nozzles - labor | 1 | CD | | |
| mount spray nozzles @ wall - material | 1 | LS | | |
| - labor | 1 | CD | | |
| Dwg. U-1: Hydraulic lines (12) for spray monitors | | | | |
| 1/2" - 100' ea. SST - material & labor | 1,200 | LF | | |
| 4"- PVC sleeve (or galv. As req'd) - material & labor | 200 | LF | | |
| Paint outside C.S pipe & supports | 1 | LS | | |
| SITE/MISCELLANEOUS : Electrical | | | | |
| ✓ Grounding and bonding at manholes | 2 | EA. | | |
| — Ground stairs at storage tank dike wall. Stairs are not yet installed. | 1 | LS | | |
| ? — Install site lighting conduit/wire with concrete encasement. (Also includes feeder for checkout Building, Washrack Building, motorized gates and fuel dispenser) | 2,400 | LF | Does GATE GET CATCH<br>DOES GATE CONFORM | |
| ✓ Provide tenons, anchor bolts and two missing fixtures for site lighting | 1 | LS | | |
| ✓ Install, wire and test site lighting poles and fixtures. Must install tenons, anchor bolts, grounding and fixtures. | 19 | EA. | | |
| ✓ Install fence grounding | 6 | EA. | | |
| ✓ Wire oil/water separator leak and level detection. Conduit and wire are in adjacent manholes | 2 | EA. | | |
| ? Wire product reclaim tank leak/level detection and pump. Provide and install Hand-Off-Auto selector switch at pump. | 1 | LS | | |
| ✓ Wire motorized gates | 2 | EA. | | |

# CA No.: 6160
## Jet Fuel Apron and Storage Facility Projects

| DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Install heat tracing and thermostats for monitor stations (materials on site) | 2 | EA. | | |
| Install cathodic protection rectifier panel for storage tanks adjacent to dike wall | 2 | EA. | | |
| Install and wire heat detectors on storage tanks (heat detectors are on site) | 4 | EA. | | |
| Wire water drawoff system (pump) for each of two storage tanks. Provide and install a NEMA 7 manual starter for each pump. | 2 | EA. | | |
| Complete wiring of cathodic protection system | 1 | LS | | |
| Install and terminate emergency stop stations (4 on apron contract, 1 on fuel storage contract) | 5 | EA. | | |
| Complete installation of leak detection system | 1 | LS | | |
| Provide and install CB's in base of 80' light poles | 4 | EA. | | |
| Provide and install strip heater and thermostat in each hose reel vault. | 2 | EA. | | |
| PUMP HOUSE: Electrical | | | | |
| Complete installation of fire alarm system including bell on NE exterior of building, waterflow switch, tamper switch and solenoid valves for foam system. | 1 | LS | | |
| Complete the installation of one (1) Type J1 lighting fixture and replace missing reflector from one (1) Type J1 lighting fixture | 1 | LS | | |
| Replace nonexplosion-proof emergency lighting fixtures with fixtures suitable for Class 1, Division 1, Group D hazardous locations. (Fixtures already wired) | 4 | EA. | | |
| Wire fire water booster pump (not yet installed) and furnish/install explosion-proof control station. | 1 | LS | | |
| Provide and install explosion-proof control station (H-O-A) for each of two exhaust fans. Replace existing on/off switch. | 2 | EA. | | |
| Install vibrating horn on exterior NE corner of pump house. | 1 | EA. | | |
| Replace non-explosion proof motor and appurtenances on rolling door with explosion proof equipment and wire per manufacturers directions | 1 | LS | | |
| Install ground grab bar at two locations | 2 | EA. | | |
| Seal all fittings prior to start-up. Provide additional fittings where required by NEC. | 1 | LS | | |
| Provide and install wallpack fixture at LFM room door | 1 | EA. | Check drawings | |
| CONTROL BUILDING: Electrical | | | | |
| Complete wiring of fire alarm panel and batteries | 1 | LS | | |
| Complete installation of radio transmitter and antenna for fire alarm system | 1 | LS | | |
| Provide and install surge arrestor for panel LA/E | 1 | LS | | |
| OPERATIONS BUILDING: Electrical | | | | |
| Install ground grate at exterior door for laboratory | 1 | EA. | | |
| Wire hot water heater (not yet installed) | 1 | LS | | |
| Provide and install surge arrestor for panel LC/E | 1 | LS | | |

may not be H-O-A ?

Ask Bill about sprinkler
Fuel Foyer control

# CA No.: 6160
## Jet Fuel Apron and Storage Facility Projects

| DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Install telephone outlets (wiring in place) Approx. 10 | 1 | LS | | |
| Install and wire graphic annunciator for fire alarm system | 1 | LS | | |
| WASHRACK BUILDING WEST: Electrical | | | | |
| Complete installation of electrical including pulling conductors, wiring hot water heater. Provide and install heat tracing and thermostat. | 1 | LS | | |
| CHECKOUT BUILDING: Electrical | | | | |
| Install all electrical including lighting, circuit breaker, receptacle, conduit and wiring | 1 | LS | | |
| WASHRACK BUILDING (EAST): Electrical | | | | |
| Complete miscellaneous, electrical including heat tracing, power to boilers, etc. | 1 | LS | | |
| STARTUP/TESTING: Electrical | | | | |
| Loadbank test of emergency generator | 1 | LS | | |
| Performance test of leak detection system | 1 | LS | | |
| Startup testing of cathodic protection system | 1 | LS | | |
| Startup/testing of fire alarm system | 1 | LS | | |
| Startup/testing of fuel system controls | 1 | LS | | |
| Startup/testing of oil/water separators | 1 | LS | | |
| Dwg P-1 Connection to existing Interstate pipeline - incl. vent, valve pit, hot tap, special subcontractor, etc. | 1 | LS | | |
| Dwg: P-2 Pipeline: correct ferrule problem for leak detection wire at north bank of creek crossing near station 31-00 - material & labor | 1 | LS | | |
| E-2 Excavate & backfill ductbank for site lighting | 2,400 | LF | | |
| Correct R11 Checkout Building - Problems; no ceiling insulation, door does not close, panels & flashing not correct - dissassemble correct as req'd. | 1 | EA | | |
| Complete eyewash plumbing R-11 pad - 2 men | 1 | EA | | |
| OPERATIONS BUILDING | | | | |
| 1. Install flooring (Vinyl) | 650 | SF | | |
| 2. Install carpet | 28 | SY | | |
| 3. Install cove base | 240 | LF | | |
| 4. Polish floor | 1 | LS | | |
| 5. Repair lab exterior door transom | 1 | LS | | |
| 6. Locker room benches | 3 | EA. | | |
| 7. Fix lockers (4 missing pieces) & adjust | 1 | LS | | |
| 8. Tape & finish drywall | 3 | EA. | | |
| 9. Install window screen - 2 men | 13.0 | EA. | | |

# CA No.: 6160
## Jet Fuel Apron and Storage Facility Projects

| DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| ✓ 10. Furnish & Install hardware and saddle at exterior door (double) of HVAC room | 1 | LS | | |
| 11. Complete casework in lab area: set sink, level bases, install closures pieces, set base cabinet - misc. material & labor | 1 | LS | | |
| 12. Install wall access door | 1 | LS | | |
| 12a. Install saddle interior door | 1 | LS | | |
| 13. Spec Div 10160 | | | | |
| A14 - supply & install toilet partitions, finish plastic laminate wall unit (urinal) | 1 | EA. | | |
| 2 cubicles floor mount | 2 | EA. | | |
| 14. Spec Div 10800 - toilet accessories | | | | |
| Toilet paper dispenser - surface mount (SM) | 2 | EA. | | |
| Paper towel dispenser - semi recessed | 1 | EA. | | |
| Napkin/tampon dispenser SM | 1 | EA. | | |
| Feminine napkin disposal - recessed | 1 | EA. | | |
| Liquid soap dispenser | 2 | EA. | | |
| coat hooks @ shower | 3 | EA. | | |
| mirror - ladies toilet | 1 | EA. | | |
| countertop & lavatory - ladies toilet | 1 | EA. | | |
| 15. Spec Div 09900 | | | | |
| Paint walls - touch up coat | 4,000 | SF | | |
| Paint door & trim - touch up coat | 6 | EA. | | |
| 16. Provide and install water heater (50 gal) in HVAC room - very light. Include pipe, valves, etc. | 1 | EA. | | |
| 17. Complete heat pump 2 men, 1 CD | 1 | EA. | | |
| 18. ID piping | 2 | CD | | |
| 19. wash down exterior walls | 1 | LS | | |
| 20. HVAC startup & balancing | 1 | LS | | |
| 21. Stop leak HVAC room | 1 | LS | | |
| 22. Final clean building | 1 | LS | | |
| | | | | |
| Washrack building near R-12 checkout pad inside piping per Mod P00005 - 5 gal. Water htr, slop sink, complete piping w/ heat trace & insulation, paint int. walls & door, wash down exterior walls & caulk door- complete | 1 | LS | | |
| | | | | |
| PUMP HOUSE | | | | |
| 1. Paint walls - touch up coat | 4,000 | SF | | |
| 2. paint doors - touch up | 2 | EA. | | |
| 3. wash down masonry work | 1 | LS | | |
| 4. install hose rack on wall | 1 | EA. | | |
| 5. misc. piping. - material & labor | 1 | LS | | |
| 6. Grout pumps - material & labor | 1 | LS | | |
| 7. Install floor joint seals | 1 | LS | | |
| | | | | |
| Reclaim piping: house/R-12 to tank - test | 1 | LS | | |

# CA No.: 6160
## Jet Fuel Apron and Storage Facility Projects

| DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Foam System - material & labor (incl. Test) | 1 | LS | | |
| | | | | |
| Inside Storage Tanks: | | | | |
| 1. Sandblast & paint drain pit (small area) | 2 | pits | | |
| 2. Sandblast & touch up (high area) | 2 | EA | | |
| 3. Clean, close up & reinstall 4" line | 2 | EA | | |
| | | | | |
| Outside Storage Tanks | | | | |
| 1. Touch up painting | 1 | LS | | |
| 2. Supply & install stairs - material & labor | 1 | EA | | |
| 3. Misc. work on pipe supports | 1 | LS | | |
| | | | | |
| Fuel Systems Startup: 4 mech, 2 laborers | 30 | CD | | |
| Fuel Systems Startup technician provided by Bay Associates | | | | |
| | | | | |
| Dike Tank Basin: Install piper link seals at wall penetration - labor | 8 | loc | | |
| | | | | |
| Adddendum #2: | | | | |
| Apron: Electrical | | | | |
| 1. Verify and correct as required apron flood light alignment | 1 | LS | | |
| 2. Replace broken taxi light - material & labor | 1 | LS | | |
| | | | | |
| Apron: Mechanical | | | | |
| 1. Raise fire hydrant (approximately 1 to 2 ft) - material & labor | 1 | loc | | |
| 2. Install bollards at fire hydrant - material & labor | 14 | EA | | |
| 3. Test water flow at hyrant establish GPM rate | 1 | LS | | |
| | | | | |
| Storage: Mechanical | | | | |
| 1. Install post valve indicators | 3 | EA | | |
| | | | | |
| Apron: Concrete Deficiences (Apron Drawing) | | | | |
| 1. Sawcut & seal | 2 | EA | | |

Subtotal:

Overhead & Profit

Total:

Pending G&C Invoices - P.O. Status Report

CPS - Tank Bottom System & Fuel Transmission Line

Total including pending invoices