# In the United States Court of Federal Claims

No. 99-721C

(Filed: January 30, 2004)

THE AMERICAN INSURANCE COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 29, 2004, plaintiff filed a motion for leave to file an exhibit to its January 22, 2004, response brief to defendant's motion for summary judgment. Neither of these documents contained the signature of plaintiff's attorney of record as required by RCFC 11(a). Accordingly, the Clerk is directed to strike plaintiff's motion for leave to file, and orders plaintiff to re-file said motion, with proper signature, on or before February 4, 2004.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge