# In the United States Court of Federal Claims

No. 99-721C

(Filed: April 30, 2004)

THE AMERICAN INSURANCE COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Oral argument on defendant's motion for summary judgment, originally scheduled for June 8, 2004, has been rescheduled for Monday, June 7, 2004, at 2:00 p.m. (EST), in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge