# In the United States Court of Federal Claims

No. 99-721C

(Filed: June 4, 2004)

THE AMERICAN INSURANCE COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on defendant's motion for summary judgment in this case is scheduled for Monday, June 7, 2004, at 2:00 p.m. (EST). In anticipation thereof, the parties should be prepared to discuss, in addition to cases cited within their memoranda, the applicability of the following: *Balboa Ins. Co. v. United States*, 775 F.2d 1158 (Fed. Cir. 1985); *Westchester Fire Ins. Co. v. United States*, 52 Fed. Cl. 567 (2002); *United Pacific Ins. Co. v. United States*, 16 Cl. Ct. 555 (1989).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge